FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-12-00363-CV

### Trial Court No. 2009-0119-P

## In the Estate of Edythe A. Miller

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---|---|
| Motion fee | $15.00 | Deborah Race |
| Motion fee | $10.00 | Allen Lottman-Kimmel, PC |
| Motion fee | $10.00 | Deborah Race |
| Motion Filed by Appellant $10 (generally) | $10.00 | Ireland, Carroll & Kelley |
| Clerk's record | $330.00 | Unknown☐ |
| Supreme Court chapter 51 fee | $50.00 | Ireland, Carroll & Kelley |
| Filing | $100.00 | Ireland, Carroll & Kelley |
| Indigent | $25.00 | Ireland, Carroll & Kelley |
| **TOTAL:** | $550.00 | |

I, Cathy S. Lusk, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 5th day of January 2015, A.D.

CATHY LUSK, CLERK

By: *Katrina McClenny*

Katrina McClenny, Chief Deputy Clerk